UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| FABIAN JOHNSON,<br><br>        Plaintiff,<br><br>v.<br><br>CHIU, et al.,<br><br>        Defendants. | Case No. 17-cv-05688-SK (LB)<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

It is hereby ordered that the Clerk of the Court issue a Writ of habeas Corpus ad Testificandum for the person FABIAN JOHNSON, Prisoner No. 17663824/SF #586311, whose place of custody and jailor are set forth in the order attached hereto, as the presence of the said person is necessary at the settlement conference proceedings on July 31, 2019, at 10:00 a.m. in the above entitled case.

**IT IS SO ORDERED.**

Dated: July 30, 2019

_____
LAUREL BEELER
United States Magistrate Judge

ORDER – No. 17-cv-05688-SK (LB)