UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| FABIAN JOHNSON,<br><br>        Plaintiff,<br><br>v.<br><br>CHIU, et al.,<br><br>        Defendants. | Case No. 17-cv-05688-SK (LB)<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

It is hereby ordered that the Clerk of the Court issue a Writ of habeas Corpus ad Testificandum for the person FABIAN JOHNSON, Prisoner No. 17663824/SF #586311, whose place of custody and jailor are set forth in the order attached hereto, as the presence of the said person is necessary at the settlement conference proceedings on **August 14, 2019 at 9:00 a.m.** in the above entitled case.

**IT IS SO ORDERED.**

Dated: July 31, 2019

_____

LAUREL BEELER
United States Magistrate Judge

ORDER – No. 17-cv-05688-SK (LB)