UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CHIU, et al.,<br><br>    Defendants. | Case No. 17-cv-05688-SK<br><br>**ORDER REGARDING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Regarding Docket No. 67 |

The parties filed a joint case management statement for the upcoming further case management conference in which they state the wrong date for the conference. The further case management conference is on **August 26, 2019**, not August 19, 2019. Moreover, in the case management statement, Defendants request that certain named defendants be dismissed, but do not propose any deadline for them to move for their dismissal.

Therefore, the Court HEREBY ORDERS that the parties file an updated further case management conference after August 14, 2019, but no later than August 19, 2019, in which they include an update on the settlement conference and propose a deadline for Defendants to file a stipulation or motion to address the issues raised in their case management statement filed on August 12, 2019.

**IT IS SO ORDERED**.

Dated: August 13, 2019

_____
SALLIE KIM
United States Magistrate Judge